Robert L. McGEE, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7004.

United States Court of Appeals, Federal Circuit.

March 1, 2010.

Barbara J. Cook, Cincinnati, OH, for Claimant–Appellant.

Meredyth Cohen Havasy, Department of Justice, Michael J. Timinski, Jamie L. Mueller, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

PHU MANG PHANG, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2009–5118.

United States Court of Appeals, Federal Circuit.

March 2, 2010.

Phu Mang Phang, San Gabriel, CA, for pro se.

Christopher A. Bowen, Robert E. Chandler, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.